AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

SEB Invest GmbH

V.

Vivendi Universal, S.A., et al.

**APPEARANCE**

Case Number: 1:08-cv-950 (RJH)

Case Related to: 1:02-cv-5571 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SEB Invest GmbH

I certify that I am admitted to practice in this court.

| 1/31/2008 | | |
|---|---|---|
| Date | Signature | |
| | William H. Narwold | WN-1713 |
| | Print Name | Bar Number |
| | Motley Rice LLC, 20 Church Street, 17th Floor | |
| | Address | |
| | Hartford | CT | 06103 |
| | City | State | Zip Code |
| | (860) 882-1676 | (860) 882-1682 |
| | Phone Number | Fax Number |