UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEB INVEST GMBH,

                        Plaintiff(s),                 Case No. 08 CV 0950

    -against-

VIVENDI UNIVERSAL, S.A., **et al.**,           **AFFIDAVIT OF SERVICE**
                        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK     )
                        s.s :
COUNTY OF NEW YORK   )

       BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 1st day of February, 2008, at approximately 11:40 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET and COMPLAINT** upon Jean-Marie Messier c/o Messier Partners, LLC at One Rockefeller Plaza, Suite 1502, New York, New York 10020 by personally delivering and leaving the same with Dominic Becote, who is a person of suitable age and discretion at the actual place of business of the defendant.  At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
       Dominic Becote is a white male, approximately 36 years of age, is approximately 5 feet and 10 inches tall, weighs approximately 170 pounds, with short black hair and dark eyes.
       That on the 1st day of February, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Jean-Marie Messier**
**c/o Messier Partners, LLC**
**One Rockefeller Plaza, Suite 1502**
**New York, New York 10020**

Sworn to before me this
4th day of February, 2008                       BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SEB Invest GmbH

**SUMMONS IN A CIVIL ACTION**

V.

Vivendi Universal, S.A., Jean Marie Messier,
and Guillaume Hannezo

CASE NUMBER:

08 CV 0950

TO: (Name and address of Defendant)

Jean Marie Messier
Messier Partners LLC
1 Rockefeller Plaza
New York, NY  10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_____
(By) DEPUTY CLERK

JAN 2 9 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                Signature of Server

                              _____
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.