UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEB Invest GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> Vivendi Universal, S.A., Jean Marie Messier, and Guillaume Hannezo, <br><br> Defendants. | Civil Action No. 08 Civ. 950 <br><br> Related to No. 02 Civ. 5571 (RJH) <br><br> Order for Admission Pro Hac Vice on Written Motion |

Upon the motion of Leslie M. Kelleher, attorney for SEB Invest GmbH, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Kevin C. Maclay |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7841 / (202) 429-3301 |
| Email Address: | kcm@capdale.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

Is admitted to practice pro hac vice as counsel for SEB Invest GmbH, in the above-captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

DOC# 299936

- 2 -

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 4/8/08
City, State: NY

Richard J. Holwell
United States District/Magistrate Judge