# DUFFY & YOUNG LLC

96 BROAD STREET CHARLESTON SC 29401
telephone 843-720-2044   facsimile 843-720-2047

ATTORNEYS AT LAW



RECEIVED
AUG - 1 2008
CHAMBERS OF
RICHARD J. HOLWELL

July 25, 2008

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

> RE: IN RE VIVENDI UNIVERSAL, S.A., SECURITIES LITIGATION
> Civil Action No.: 1:02-cv-05571
> This Document Relates to:   1:08-CV-1111
> 1:08-CV-950
> 1:07-CV-11628
> 1:07-CV-10954
> 1:07-CV-10578
> 1:07-CV-8830
> 1:02-CV-5571

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

Dear Judge Holwell:

I am no longer affiliated with the law firm of Motley Rice LLC and am no longer counsel of record for Plaintiff Capital Invest, die Kapitalanlagegesellschaft der Bank Austria Creditanstalt Gruppe GmbH (n/k/a Pioneer Investments Austria) in Docket No. 1:02-CV-5571 and for all Plaintiffs in Docket Nos. 1:08-CV-1983, 1:08-CV-1111, 1:08-CV-950, 1:07-CV-11628, 1:07-CV-10954, 1:07-CV-10578 and 1:07-CV-8830.

I respectfully request removal from the dockets in the above-captioned matters. Motley Rice LLC will continue to represent the above-referenced Plaintiffs in those matters.

SO ORDERED
[signature]
US DJ
8/7/08

Respectfully,
[signature]
Lee Anne Walters

LAW/lm

WWW.DUFFYANDYOUNG.COM

June 5, 2008
Page 2

cc:  Jonathan D. Polkes, Esq.
     Weil, Gotshal & Manges LLP
     767 Fifth Avenue
     New York, NY 10153

     Anthony J. Harwood, Esq.
     Labaton Sucharow LLP
     140 Broadway
     New York, NY 10005

     Diane Zilka, Esq.
     Grant & Eisenhofer P.A.
     Chase Manhattan Centre
     1201 North Market Street
     Wilmington, DE 19801

     Stuart L. Berman, Esq.
     John A. Kehoe, Esq.
     Schiffrin Barroway Topaz & Kessler, LLP
     280 King of Prussia Road
     Radnor, PA 19087

     Paul C. Saunders, Esq.
     Michael A. Paskin, Esq.
     Michael T. Reynolds, Esq.
     Cravath, Swaine & Moore LLP
     Worldwide Plaza
     825 Eighth Avenue
     New York, NY 10019

     Michael J. Malone, Esq.
     Lisa Albert, Esq.
     King & Spalding LLP
     1185 Avenue of the Americas
     New York, NY 10036

     Martin L. Perschetz, Esq.
     Einat Philip, Esq.
     Schulte Roth & Zabel LLP
     919 Third Avenue
     New York, NY 10022